[No. 36226-7-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDALL
ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07239-7, Richard A. Jones, J., entered
February 27, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 36475-8-I.    Division One.    January 27, 1997.]

WESTERN NATIONAL ASSURANCE COMPANY,
*Respondent,* v. KATHLEEN A. GOOD, *Individually and
as Personal Representative,* ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-21344-0, Michael Spearman, J., entered
March 24, 1995. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36672-6-I.    Division One.    January 27, 1997.]

EL MONTEREY CONDOMINIUM OWNERS ASSOCIATION,
*Respondent,* v. CHARLES D. ENGLE, ET AL.,
*Defendants,* EMILO M. KOSROVANI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-17491-0, Liem E. Tuai, J., entered April
24, 1995. *Affirmed* by unpublished opinion per Ellington,
J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 36729-3-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
COOMBES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01331-5, Harriett M. Cody, J., entered
May 20, 1994. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Baker, C.J., and Agid, J.